# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303



Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 21, 2015

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 14-14400-F
Case Style: Kenneth Williams v. USA
District Court Docket No: 1:14-cv-22297-KMM
Secondary Case Number: 1:99-cr-00125-KMM-3

The enclosed copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Gerald B. Frost, F/caw
Phone #: (404) 335-6182

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 14-14400-F

KENNETH WILLIAMS,

                                                Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

                                                Respondent-Appellee.

Appeal from the United States District Court
for the Southern District of Florida

ORDER:

Kenneth Williams moves for leave to supplement the record and a certificate of appealability in order to appeal the denial of his Fed.R.Civ.P. 60(b) motion, which challenged the denial of his 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence. He has also filed two supplements to his motion for a certificate of appealability, which were considered by this Court. To merit a certificate of appealability, Williams must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues that he seeks to raise. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000). Because he has failed to make the requisite showing, the motion for a certificate of appealability is DENIED.

Williams's motion to supplement the record is DENIED.

/s/ William H. Pryor Jr.
UNITED STATES CIRCUIT JUDGE

2